UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CRYSTAL EVETTE GRICE )<br>Plaintiff, )<br>v. )<br>)<br>UR M. JADDOU, *Director, US Citizenship and* )<br>*Immigration Services,* ALEJANDRO MAYORKAS )<br>*Office of the Geneal Counsel, US Department of* )<br>*Homeland Security,* LISA WOHLRAB, *USCIS* )<br>*supervisory immigration services officer, Acting* )<br>*Field Director, Raleigh-Durham Field Office*, )<br>MERRICK GARLAND, *Attorney General,* and )<br>CHRISTOPHER A. WRAY, *Director of Federal* )<br>*Bureau* )<br>Defendants. ) | **JUDGMENT**<br>No. 5:21-CV-428-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on the court's order to show cause.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 8, 2022, and for the reasons set forth more specifically therein, this case is dismissed for plaintiff's failure to respond to text order entered February 8, 2022 and for failure to prosecute by failing to effect service.

**This Judgment Filed and Entered on March 4, 2022, and Copies To:**
Crystal Evette Grice  (via US mail) 71 Countrywood Drive, Fuquay Varina, NC 27526

March 4, 2022                    PETER A. MOORE, JR. CLERK
                                  /s/ Sandra K. Collins
                                 (By) Sandra K. Collins, Deputy Clerk